MARK W. HOSTETTER (CA Bar No. 223264)
LAW OFFICE OF MARK W. HOSTETTER
181 Devine Street
San Jose, CA 95110
Telephone: (408) 375-8545
mwhLegal@gmail.com

Attorney for Plaintiff
Wasim Mohammad

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASIM MOHAMMAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Case No.<br><br><br>COMPLAINT FOR INJUNCTIVE RELIEF |

　　　1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief, seeking the immediate processing and release of agency records requested by Plaintiff Wasim Mohammad from Defendant Federal Bureau of Investigation (FBI).

　　　2. This Court has both subject matter jurisdiction of the FOIA claim and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701-706.

　　　3. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B). Assignment to the San Jose division is proper pursuant to Local Rule 3-2(c) and (e) because a substantial portion of the events giving rise to this action occurred in this district and division.

　　　4. At all times relevant herein, Plaintiff was a citizen of the State of California and a resident of the city of Santa Clara.

5. Defendant FBI is a law enforcement agency within the U.S. Department of Justice, and is an agency within the meaning of 5 U.S.C. § 552(f)(1).  The FBI has its headquarters in Washington, D.C., and field offices all over the country, including in Campbell, California.

6. In late 2015 and early 2016, Defendant conducted an investigation into the events surrounding the death of Plaintiff's son.  Defendant closed its investigation by March 17, 2016.

7. On May 30, 2017, Plaintiff filed a FOIA Request for records pertaining to Defendant's investigation.

8. By letter dated June 13, 2017, the FBI acknowledged receipt of the Request and assigned it Request No. 1377033-000.

9. Although more than twelve months have elapsed since the Request was submitted, no records responsive to the Request have been released by Defendant.

10. Defendant's failure to determine whether to comply with the Request within 20 days of receipt violates the FOIA, 5 U.S.C. § 552(a)(6)(A)(ii).

11. Defendant's failure to promptly make available the records sought by the Request violates the FOIA, 5 U.S.C. § 552(a)(3)(A).

12. Defendant's failure to make a reasonable effort to search for records sought by the Request violates the FOIA, 5 U.S.C. § 552(a)(3)(B) and 552(a)(3)(C).

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. Order Defendant immediately to process all records responsive to the Request;

2. Award Plaintiff his costs and reasonable attorneys' fees incurred in this action as allowed by law, including without limitation 5 U.S.C. § 552(a)(4)(E)(i); and

3. Such other and further relief as the Court may deem proper.

Dated: July 3, 2018

/s/
MARK W. HOSTETTER
Attorney for Plaintiff

COMPLAINT FOR INJUNCTIVE RELIEF