1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2 SARA WINSLOW (DCBN 457643)
Chief, Civil Division
3 JAMES A. SCHARF (CABN 152171)
Assistant United States Attorney
4
    U.S. Attorney's Office/Civil Division
5     150 Almaden Blvd., Ste. 900
    San Jose, California 95113
6     Telephone: (408) 535-5044
    Fax: (408) 535-5081
7     Email: james.scharf@usdoj.gov

8 Attorneys for Defendant
Federal Bureau of Investigation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASIM MOHAMMAD, | CASE NO. 5:18-CV-04009-NC |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND FOIA PRODUCTION COMPLETION DATE AND TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO CURRENT HEALTH CRISIS |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

STIPULATION AND ORDER TO EXTEND FOIA PRODUCTION COMPLETION DATE AND TO CONTINUE CASE
MANAGEMENT CONFERENCE DUE TO CURRENT HEALTH CRISIS
Case No. 5:18-cv-04009-NC

**1**

1 | Whereas, the Court has ordered Defendant to complete its FOIA production in this case by April 29, 2020.

2 | Whereas, a Case Management Conference in this case is scheduled for May 20, 2020.

Whereas, the current health crisis has made it impossible for Defendant to complete its FOIA production in this case by April 29, 2020, as ordered. As explained in the attached Declaration of Michael G. Seidel dated April 9, 2020, the FBI temporarily suspended its FOIA program. The employees involved in reviewing and producing documents in this case are not able to perform this work from home. Consequently, Defendant was unable to complete the final two productions in this case in March and April of 2020.

Therefore, the parties respectfully request the Court to extend the April 29, 2020 production completion date to July 31, 2020, and to continue the May 20, 2020 Case Management Conference to August 19, 2020, at 10:00 a.m. Defendant reserves the right to request a further extension and continuance for good cause.

DAVID L. ANDERSON
United States Attorney

Dated: April 9, 2020

/s/
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Defendant
Federal Bureau of Investigation

Dated: April 9, 2020

/s/
MARK W. HOSTETTER
Attorney for Plaintiff
Wasim Mohammad

STIPULATION AND ORDER TO EXTEND FOIA PRODUCTION COMPLETION DATE AND TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO CURRENT HEALTH CRISIS
Case No. 5:18-cv-04009-NC

ORDER

GOOD CAUSE APPEARING AND PURSUANT TO STIPULATION, the Court hereby extends the April 29, 2020 production completion date to July 31, 2020, and continues the May 20, 2020 Case Management Conference to August 19, 2020, at 10:00 a.m. The parties' Joint Case Management Statement is due August 12, 2020. Defendant may request a further extension and continuance for good cause.

**IT IS SO ORDERED.**

DATED: April 9, 2020



_____
NATH[...]
United [...]

STIPULATION AND ORDER TO EXTEND FOIA PRODUCTION COMPLETION DATE AND TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO CURRENT HEALTH CRISIS
Case No. 5:18-cv-04009-NC

3